UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

CHAPTER: 7
DATE: October 6, 2011
JUDGE: Pamela Pepper
CASE NO.: 2011-33894
DEBTOR: Nicole Robinson
NATURE OF HEARING: Application for waiver of Chapter 7 filing fee
APPEARANCES: Nicole Robinson - Debtor
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:53 a.m. - 11:01 a.m.
ADJOURNED DATE:
_____

The Court informed the debtor of the option to pay the filing fee in installments. The debtor agreed to try to pay the filing fee in installments. Accordingly, the Court denied the debtor's application to proceed *in forma pauperis*. The Court will issue an order giving the debtor a date certain by which the full filing fee of $299.00 is due.

1