THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 11, 2011



_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

IN RE:        NICOLE MARIE ROBINSON,            Case No. 11-33894-pp

              Debtor.                            Chapter 7
_____

**ORDER TO SHOW CAUSE WHY PETITION PREPARER
SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY
WITH THE BANKRUPTCY CODE**
_____

On September 9, 2011, the debtor filed her Chapter 7 bankruptcy petition. The portion of the petition that must be completed if a non-attorney bankruptcy petition preparer did the paperwork is blank–there is no indication on the papers that someone prepared the debtor's paperwork for her. In addition, the debtor's application for waiver of the Chapter 7 filing fee states that the debtor did not pay anyone to prepare her papers for her.

At the hearing on the debtor's application for waiver of the filing fee, however, the debtor told both the Court's staff and the Court that her mother, Janice Robinson, had prepared her papers for her, and had charged her $100 to do the work. The debtor told the Court that this was what her mother did for a living–prepare legal papers–and that her mother had given her a discount

1

because they were related. The debtor gave the Court's staff her mother's business card. The card says that Janice Robinson is the CEO of "Executive Elite Financial Services" at 5600 W. Brown Deer Road, Suite 208, Milwaukee, WI 53223. It gives a phone number of (414) 940-7308, and an e-mail address of executiveelitefinancialservic@yahoo.com.

The Bankruptcy Law requires that if a non-attorney accepts money from a debtor to prepare that debtor's bankruptcy papers, that preparer must disclose that fact on the petition, and disclose the amount of money the preparer charged. The law also places other obligations on non-attorney petition preparers.

WHEREFORE, the Court hereby **ORDERS** that petition preparer Janice Johnson, a/k/a Executive Elite Financial Services, appear on **Wednesday, November 2, 2011 at 2:45 p.m. in Room 149 of the federal courthouse, 517 East Wisconsin Avenue**, and show cause why the Court should not impose sanctions–including requiring her to disgorge her fees, requiring her to pay a fine, or barring her from preparing petitions in this district–for her failure to comply with the Bankruptcy Code. If the preparer fails to appear on November 2, 2011 at 2:45 p.m., she can be subject to further sanctions, in addition to the sanctions the Court might impose for her violation of the Bankruptcy Code.

# # # # #